# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0830. MARTIN RODRIGUEZ v. THE STATE.**

Martin Rodriguez was convicted of delivery of methamphetamine, and we affirmed his conviction on appeal. *Rodriguez v. State*, A12A0340 (decided May 11, 2012). Rodriguez subsequently filed a motion for out-of-time appeal to assert ineffective assistance claims. The trial court denied the motion, and Rodriguez filed this direct appeal. We lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Milliken v. State*, 259 Ga. App. 144, 145 (575 SE2d 910) (2003). "[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal." *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002). "Habeas corpus is the exclusive post-appeal procedure available to a criminal defendant who asserts the denial of a constitutional right such as effective assistance of counsel." *Johnson v. State*, 272 Ga. App. 294, 296 (5) (612 SE2d 29) (2005) (punctuation omitted).

Because Rodriguez already has had a direct appeal, he is not entitled to an

out-of-time appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __01/13/2017__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*